IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL C. THOMPSON, JR.<br><br>*Plaintiff*,<br><br>v.<br><br>H.W. CLARKE, *ET AL.*,<br><br>*Defendant*. | CASE NO. 7:17-cv-00111<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Plaintiff Paul C. Thompson, a Virginia prisoner appearing *pro se*, filed suit under 42 U.S.C.§ 1983, alleging that several prison officials violated his constitutional rights while he was housed at Red Onion State Prison in 2015. (Dkt. 1). Pursuant to 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Joel C. Hoppe for a proposed determination regarding "whether the defendants and other prison official played a part in Thompson's failure to exhaust" his administrative remedies. (Dkt. 45). On June 28, 2019 Judge Hoppe filed a Report and Recommendation finding that "Thompson has shown by a preponderance of the evidence that administrative remedies were not available to him in this case." (Dkt. 113 at 17–18).

After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I will adopt the Report. Accordingly Thompson's remaining § 1983 claims will proceed to trial on the merits.

The Clerk of Court is directed to send a copy of this Order to parties of record.

Entered this 9th day of August, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1